HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ANA CARDENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:21-CR-00171-DAD_____ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER GRANTING EARLY |
| | ) | TERMINATION OF PROBATION |
| v. | ) | |
| | ) | |
| ANA CARDENAS, | ) | Judge: Hon. Dale A. Drozd |
| | ) | _____ |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to 18 U.S.C § 3564(c), the Court hereby TERMINATES the term of probation imposed in this case and discharges Ms. CARDENAS for the reasons set forth in her Unopposed Motion.

IT IS SO ORDERED.

Dated:   **November 29, 2023**              _Dale A. Drozd_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE